# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| JUANITA HEAD WALTON, ET. AL., | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV596SNL |
| | ) | |
| DIRECTOR, MISSOURI DEPT. OF | ) | |
| REVENUE, and MISSOURI SECY. OF | ) | |
| STATE, and BOARD OF ELECTION | ) | |
| COMMISSIONERS OF THE COUNTY | ) | |
| OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that the plaintiffs' request for a permanent injunction,

declaratory judgment, writ of mandamus, writ of prohibition, per their Second Amended

Complaint, and as incorporated in their motion for a temporary restraining order, as modified at

the oral hearing on May 9, 2008, be and is **DENIED** on the basis of their federal claims.

**IT IS FINALLY ORDERED** that all remaining state-law claims, as contained in the

plaintiffs' Second Amended Complaint, be and are **DISMISSED WITHOUT PREJUDICE.** All

parties shall bear their respective fees and costs.  No further action is to be taken in this case.

Dated this __23rd__ day of May, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE